IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS HYSELL,

      Plaintiff,                           No. CIV S-04-0355 FCD CMK P

   vs.

C.K. PLILER, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 28, 2005, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his amended complaint which are required to effect service on the defendants. On April 7, 2005, plaintiff submitted the completed summons, eleven completed USM-285 forms and thirteen copies of the July 13, 2004 amended complaint but failed to file the completed USM-285 form for CDC Deputy Director.

        Accordingly, IT IS HEREBY ORDERED that:

/////

/////

/////

1

1.  Within thirty days, plaintiff shall submit to the court the completed USM-285 form for CDC Deputy Director required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed; and

2.  The Clerk of the Court shall send plaintiff one USM-285 form.

DATED: April 21, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

/kf
hyse0355.8f