IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS HYSELL,

        Plaintiff,                      No. 2:04-cv-00355-FCD-CMK (PC)

    vs.

C.K. PLILER, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner who is proceeding pro se and paid the filing fee. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 17, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant CDC Deputy Director was returned unserved because "Per CDC Hqtrs., can't identify defn. They have more than one deputy dir. In its dept." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed July 13, 2004; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant CDC Deputy Director;

    b. Two copies of the endorsed second amended complaint filed July 13, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: June 20, 2005.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

/kf
hyse0355.8e

2

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DOUGLAS HYSELL,
11          Plaintiff,                    No.  2:04-cv-00355-FCD-CMK (PC)
12      vs.
13  C.K. PLILER, et al.,                  NOTICE OF SUBMISSION
14          Defendants.                   OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          __1__     completed summons form
19          __1__     completed USM-285 form
20          __2__     copies of the July 14, 2004
                                   Second Amended Complaint
21
22  DATED:
23
24
                                          _____
25                                        Plaintiff
26