1

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-4638
  Fax: (916) 324-5205

Attorneys for Defendants Woodford, Johnson, Hamad,
Carlson, Jackson, Hill, Pliler, Goldsmith and Rosario
SA2005103104

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| **DOUGLAS HYSELL,** | NO. CIV S-04-0355 FCD CMK P |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| **C.K. PLILER, et al.,** | |
| Defendant. | |

On July 15, 2005, defendants requested an extension of time of thirty days to file a response to the complaint.

Good cause appearing, defendants' request is granted.

July 21, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed]

1

1

[Proposed]

2