IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants Woodford, Johnson, Hamad, Carlson, Jackson, Hill, Pliler, Goldsmith, and Rosario appeared in the action on August 17, 2005, by way of their answer. Pending before the court are a number of motions and requests filed by plaintiff.  Specifically, plaintiff has filed motions seeking permission to file a supplemental complaint (Docs. 39 and 47), motions for temporary restraining orders (Docs. 44, 46, and 52), and requests for judicial notice (Docs. 45, 48, 51, and 53).  Defendants will be required to respond to these filings.

/ / /

/ / /

/ / /

1

1         Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to
2 plaintiff's motions and requests, as listed herein, within 30 days of the date of service of this
3 order.

5 DATED: December 4, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

2