IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS HYSELL,** | CIV S-04-0355 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **C.K. PLILER, et al.,** | |
| Defendants. | |

On December 14, 2005, defendants sought an extension of time of 30 days, to and including January 20, 2005, to respond to plaintiff's discovery requests. Good cause appearing, defendants' request for an extension of time is granted.

January 9, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE