IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants Woodford, Johnson, Hamad, Carlson, Jackson, Hill, Pliler, Goldsmith, and Rosario appeared in the action on August 17, 2005, by way of their answer. Pending before the court are a number of motions and requests filed by plaintiff.  Specifically, plaintiff has filed motions seeking permission to file a supplemental complaint (Docs. 39 and 47), motions for temporary restraining orders (Docs. 44, 46, and 52), and requests for judicial notice (Docs. 45, 48, 51, and 53).  On December 6, 2005, the court directed defendants to respond to these filings.  Defendants now seek an extension of time within which to respond. Good cause appearing therefor, the request will be granted.

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Defendants' request for an extension of time is granted; and

3   2.   Defendants shall file a response to plaintiff's motions and requests, as listed herein, on or before January 23, 2006.

DATED: January 11, 2006.

                                                                                    **CRAIG M. KELLISON**
                                                                                    UNITED STATES MAGISTRATE JUDGE