IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS HYSELL,** | CIV 2-04-0355 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **C.K. PLILER, et al.,** | |
| Defendant. | |

On January 13, 2006, defendants sought an extension of time of 15 days, to and including January 30, 2006, to respond to plaintiff's discovery requests.  Good cause appearing, defendants' request for an extension of time is granted.

DATED: January 18, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1