IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS HYSELL,** | No. 2:04-cv-0355 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **C.K. PLILER, et al.,** | |
| Defendant. | |

On January 30, 2006, defendants sought an extension of time of 4 days, to and including February 3, 2006, to respond to plaintiff's discovery requests. Good cause appearing, defendants' request for an extension of time is granted.

February 6, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Order

1