IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| C.K. PLILER, et al., | |
|     Defendants. | |
|                        / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Motion for Extension of Time." In his motion, plaintiff notes that all pre-trial dispositive motions are due by February 10, 2005. Plaintiff states that he has not received discovery responses yet from defendants and, as a result, cannot prepare a motion for summary judgment by the current deadline. Plaintiff seeks an additional 30 days within which to file a dispositive motion.

       By separate order, the court has granted defendants' request for an extension of time to respond to plaintiff's discovery requests to February 3, 2006. In the interest of justice, and good cause appearing therefor, plaintiff's request for modification of the scheduling order to extend the dispositive motion cut-off date will be granted. All other aspects of the scheduling

order will remain in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for modification of the scheduling order is granted;

2. The dispositive motion cut-off date is extended to March 10, 2006; and

3. All other aspects of the court's August 30, 2005, scheduling order remain in effect.

DATED: February 6, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE