IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLASS W. HYSELL,           No. CIV S-04-0355-FCD-CMK-P

    Plaintiff,

  vs.                      <u>ORDER TO SHOW CAUSE</u>

C.K. PLILER, et al.,

    Defendants.

                        /

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding on plaintiff's second amended complaint, filed on July 13, 2004.  Defendants Woodford, Johnson, Hamad, Carlson, Jackson, Hill, Pliler, Goldsmith, and Rosario appeared in the action on August 17, 2005, by way of their answer filed on August 17, 2005.  The court determined that the second amended complaint was also appropriate for service on defendants Grant, Wiley, and "CDC Deputy Director."  On June 14, 2005, the summons was returned unexecuted as to defendant "CDC Deputy Director."  On November 22, 2005, the summonses were returned unexecuted as to defendants Grant and Wiley.

/ / /

1       Pursuant to Federal Rule of Civil Procedure 4(m), an action shall be dismissed as against any defendant who is not served within 120 days after the complaint is filed. This action was deemed appropriate for service on March 28, 2005, and, to date, defendants Grant, Wiley, and "CDC Deputy Director" have not been served. Plaintiff will be required to show good cause why such defendants should not be dismissed. Plaintiff is warned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 20 days of the date of service of this order why defendants Grant, Wiley, and "CDC Deputy Director" should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

DATED: February 6, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE