1

2

3

4 **IN THE UNITED STATES DISTRICT COURT**

5 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7 DOUGLASS W. HYSELL,               No. CIV S-04-0355-FCD-CMK-P

8          Plaintiff,

9     vs.                           FINDINGS AND RECOMMENDATIONS

10 C.K. PLILER, et al.,

11          Defendants.

12 _____/

13          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

14 to 42 U.S.C. § 1983.  The action is proceeding on plaintiff's second amended complaint, filed on

15 July 13, 2004.  Defendants Woodford, Johnson, Hamad, Carlson, Jackson, Hill, Pliler,

16 Goldsmith, and Rosario appeared in the action on August 17, 2005, by way of their answer filed

17 on August 17, 2005.  The court determined that the second amended complaint was also

18 appropriate for service on defendants Grant, Wiley, and "CDC Deputy Director."  On November

19 22, 2005, the summonses were returned unexecuted as to defendants Grant and Wiley.  In light

20 of this procedural history, the court issued an order on February 7, 2006, directing plaintiff to

21 show cause why unserved defendants should not be dismissed pursuant to Federal. Rule of Civil

22 Procedure 4(m).[1]  Plaintiff responded on February 17, 2006.

23          As to defendants Grant and Wiley, plaintiff concedes that these defendants have

24 _____

25          [1]    By separate order issued herewith, the court's February 7, 2006, order to show
cause is discharged as having been issued in error as to defendant "CDC Deputy Director."  The
26 court's records reveal that this defendant was served, but has failed to respond to the complaint.

1    not been served.  Moreover, on June 21, 2005, the court issued an order providing plaintiff with

2    instructions for obtaining additional information for service from such sources as discovery and

3    the California Public Records Act.  Therefore, plaintiff has had ample opportunity to provide the

4    court with additional information in order to effect service on Grant and Wiley.  Pursuant to

5    Federal Rule of Civil Procedure 4(m), an action shall be dismissed as against any defendant who

6    is not served within 120 days after the complaint is filed.  This action was deemed appropriate

7    for service on March 28, 2005, and, to date, defendants Grant and Wiley have not been served.

8    The court finds that the action should now be dismissed as to these unserved defendants.

9          Based on the foregoing, the undersigned recommends that this action be

10    dismissed as against defendants Grant and Wiley pursuant to Federal Rule of Civil Procedure

11    4(m).

12          These findings and recommendations are submitted to the United States District

13    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

14    after being served with these findings and recommendations, any party may file written

15    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

16    Findings and Recommendations."  Failure to file objections within the specified time may waive

17    the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18

19    DATED:   February 27, 2006.

20

21

22                   CRAIG M. KELLISON
                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26