1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DOUGLASS W. HYSELL,                    No. CIV S-04-0355-FCD-CMK-P

12              Plaintiff,

13       vs.                                <u>ORDER</u>

14  C.K. PLILER, et al.,

15              Defendants.

16  _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Local Rule 72-302(c)(21).

20            On February 10, 2006, the magistrate judge filed findings and recommendations

21  herein which were served on plaintiff and which contained notice to plaintiff that any objections

22  to the findings and recommendations were to be filed within ten days.  Plaintiff has filed

23  objections to the findings and recommendations.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25  304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

26  file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2            Accordingly, IT IS HEREBY ORDERED that:

3            1.      The findings and recommendations filed February 10, 2006, are adopted in

4  full; and

5            2.      Plaintiff's motions for injunctive relief (Docs. 44, 46, and 52) are denied.

6  DATED:March 1, 2006

7

8                                      /s/ Frank C. Damrell Jr.
                                       FRANK C. DAMRELL JR.
9                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26