IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding on plaintiff's second amended complaint, filed on July 13, 2004.  Defendants Woodford, Johnson, Hamad, Carlson, Jackson, Hill, Pliler, Goldsmith, and Rosario appeared in the action on August 17, 2005, by way of their answer filed on August 17, 2005.   The court also determined that the second amended complaint was appropriate for service on defendants Grant, Wiley, and "CDC Deputy Director."  On June 14, 2005, the summons was returned unexecuted as to defendant "CDC Deputy Director."  On November 22, 2005, the summonses were returned unexecuted as to defendants Grant and Wiley.  On February 7, 2006, the court directed plaintiff to show cause why these three unserved defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  On

1

February 28, 2006, the court vacated the order to show cause as to "CDC Deputy Director" as having been issued in error.[1]  On February 28, 2006, the court also issued findings and recommendations that defendants Grant and Wiley be dismissed under Rule 4(m).

In light of this procedural history, and considering that there are a number of motions currently pending, the court finds it appropriate to vacate the scheduling deadlines and dates set forth in the August 30, 2005, scheduling order.  Specifically, the December 16, 2005, discovery cut-off date is vacated; the February 10, 2006, dispositive motion cut-off date is vacated; the May 12, 2006, due date for plaintiff's pre-trial statement is vacated; the May 26, 2006, due date for defendants' pre-trial statement is vacated; the June 2, 2006, pre-trial conference is vacated; and the August 22, 2006, trial date, currently set for 9:00 a.m., in Courtroom 2, in Sacramento, California, is vacated.  A replacement schedule for this litigation will be established by further order of the court.

Accordingly, IT IS HEREBY ORDERED that:

1.  The December 16, 2005, discovery cut-off date is vacated;

2.  The February 10, 2006, dispositive motion cut-off date is vacated;

3.  The May 12, 2006, due date for plaintiff's pre-trial statement is vacated;

4.  The May 26, 2006, due date for defendants' pre-trial statement is vacated;

5.  The June 2, 2006, pre-trial conference is vacated; and

/ / /

---

[1] The summons as to "CDC Deputy Director" was returned executed on December 19, 2005.  The return shows that Susan L. Hubbard is the Deputy Director of the California Department of Corrections and Rehabilitation, formerly the California Department of Corrections ("CDC").  While the return also indicated that defendant Hubbard answered the complaint with the other defendants on August 17, 2005, a review of the answer reveals that defendant Hubbard was not one of the answering defendants.
     The February 28, 2006, order directed defendants to show cause why default should not be entered against defendant Hubbard.  Defendants' counsel responded in writing to the order to show cause and, after speaking with court staff, agreed to secure a waiver of service from defendant Hubbard and to arrange to appear in this action on her behalf.  The court has not yet vacated the order to show cause regarding defendant Hubbard's default, but will do so upon her appearance in this action.

6. The August 22, 2006, trial date, currently set for 9:00 a.m., in Courtroom 2, in Sacramento, California, is vacated.

DATED: April 6, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE