IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| C.K. PLILER, et al., | |
|     Defendants. | |
|                          / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On February 28, 2006, the court directed Defendant Hubbard to show cause why her default should not be entered for failure to respond to the second amended complaint, filed on July 13, 2004.  A review of the docket reflects that defendant Hubbard filed her answer to the complaint on May 31, 2006.  The order to show cause will, therefore, be discharged.

      Accordingly, IT IS HEREBY ORDERED that the order to show cause directed to defendant Hubbard, issued on February 28, 2006, is discharged.

DATED:  June 1, 2006.

                                                          _____
                                                          CRAIG M. KELLISON
                                                          UNITED STATES MAGISTRATE JUDGE