IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | FINDINGS AND RECOMMENDATIONS |
| C.K. PLILER, et al., | |
|     Defendants. | |
|                             / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for summary judgment (Doc. 89).

       For several reasons, the court finds that plaintiff's motion for summary judgment is premature. First, while discovery has been opened in this case, there is currently no discovery cut-off date and discovery is not yet complete. Moreover, based on plaintiff's filing of a motion to compel discovery responses, it would appear that at least plaintiff needs additional discovery on the merits of his claims. Second, there is still an issue concerning defendant Hubbard's appearance in this action. Until this court has jurisdiction over all the defendants, it does not make sense to consider summary judgment. Finally, it appears that a potentially related case is

1 pending in the Northern District of California. Specifically, if class certification is granted in
2 that case, the contours of the relief available to plaintiff in this case may change. Therefore, it
3 would be prudent not to consider the merits of this case until the class certification issue is
4 resolved.

5      By these findings and recommendations, the court does not intend to express any
6 opinion as to the substance of plaintiff's motion for summary judgment or the merits of his
7 claims in general. These findings and recommendations are intended solely as suggesting a
8 procedural structure for the remainder of this litigation.

9      Based on the foregoing, the undersigned recommends that plaintiff's motions for
10 summary judgment (Doc. 89) be denied without prejudice to renew following the close of
11 discovery in this case.

12      These findings and recommendations are submitted to the United States District
13 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days
14 after being served with these findings and recommendations, any party may file written
15 objections with the court. The document should be captioned "Objections to Magistrate Judge's
16 Findings and Recommendations." Failure to file objections within the specified time may waive
17 the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

18
19 DATED: June 1, 2006.

21                               **CRAIG M. KELLISON**
22                               UNITED STATES MAGISTRATE JUDGE