IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLASS W. HYSELL,

    Plaintiff,

vs.

C.K. PLILER, et al.,

    Defendants.

No. CIV S-04-0355 FCD CMK P

ORDER

---

    Pending before the court is plaintiff's motion for appointment of counsel (Doc. 121). The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

///

///

1  Also pending before the court is defendants' motion for an extension of time
2  (Doc. 114) to file a response to plaintiff's motion to compel, as directed by the court's July 17,
3  2006, order. Good cause appearing therefor, the motion will be granted, nunc pro tunc, to
4  August 1, 2006. Defendants filed their response on August 11, 2006, which will be considered
5  timely.
6  The court will address plaintiff's motion to compel and the parties' status reports
7  by separate order.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1.  Plaintiff's September 8, 2006, motion for the appointment of counsel
10 (Doc. 121) is denied; and
11 2.  Defendants' motion for an extension of time (Doc. 114) is granted, nunc
12 pro tunc to August 1, 2006.

DATED: September 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2