IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of the dispositive motion filing deadline by 30 days. Good cause appearing therefor, the request is granted. The parties may file dispositive motions by September 24, 2007.

IT IS SO ORDERED.

DATED: August 15, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1