IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DOUGLAS HYSELL,** | 2:04-cv-0355 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **C.K. PLILER, et al.,** | |
| Defendant. | |

On September 19, 2007, defendants sought an extension of time of five court days, to and including October 1, 2007, to file their motion for summary judgment. Good cause appearing, defendants' request is granted.

September 24, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1