IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the court's scheduling order issued on April 19, 2007, plaintiff filed a motion for summary judgment on September 24, 2007. Defendants were granted an extension of time to file their motion for summary judgment on October 1, 2007. The court now finds it appropriate to vacate the due dates for filing of pre-trial statements and the trial date pending resolution of the pending motions for summary judgment.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The remainder of the April 19, 2007, scheduling order is vacated;

2. The due dates for pre-trial statements are vacated; and

3. The trial date is vacated.

DATED: October 4, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2