IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS W. HYSELL, | No. CIV S-04-0355-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On September 4, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 4, 2007, are adopted in full; and

2. Plaintiff's motions for injunctive relief (Docs. 131 and 136) are denied.

DATED: November 1, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE